ACCEPTED
03-14-00703-cr
13851779
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/17/2016 1:36:25 PM
JEFFREY D. KYLE
CLERK



# CHRIS M. "MATT" DILLON

### LAWYER

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/17/2016 1:36:25 PM
JEFFREY D. KYLE
Clerk

P.O. Box 446                                                                    (512) 303-2889
Bastrop, Texas 78602                                     Toll Free Fax (866) 375-1815

November 17, 2016

Jeffrey D. Kyle, Clerk
Third Court of Appeals
PO Box 12547
Austin, Texas 78711

      Re:    NO.  3-14-00703-CR
               Timothy Wheat v. State

Dear Clerk of the Court:

The purpose of this letter is to comply with TRAP 48.4 for the above referenced cause. I have sent a letter with a copy of the opinion via certified mail return receipt requested to the last known address of the defendant as well as informing the defendant of his right to file a pro se petition for discretionary review on November 17, 2016.

Should you have any questions, please do not hesitate to contact me.

Very truly yours,

/s/ Chris M. Dillon

